1  Neda Farah (State Bar No. 269819)
   FARAH LAW, P.C.
2  265 S. Doheny Dr., Suite 102
3  Beverly Hills, CA 90211
   Telephone: 310-666-3786
4  Facsimile: 775-261-1726
   E-Mail: neda@nedafarahlaw.com
5

6  Taxiarchis Hatzidimitriadis
   *Admitted Pro Hac Vice*
7  CONSUMER LAW PARTNERS, LLC
   333 N. Michigan Ave., Suite 1300
8  Chicago, IL 60601
   Telephone: 267-422-1000
9  Facsimile: 267-422-1000
   teddy@consumerlawpartners.com
10 *Attorneys for Plaintiff*

11

12 Brett B. Goodman (State Bar No. 260899)
   11440 W. Bernardo Ct., Suite 300
13 San Diego, CA 92127
   Telephone: 858-757-7262
14 Facsimile: 858-757-7270
   brett@goodmanlawapc.com
15 *Attorney for Defendant*

16

17                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
18

19 
   LAURA PASLAY,                        Case No. 4:21-cv-05521-KAW
20
                 Plaintiff,              **JOINT STIPULATION OF DISMISSAL**
21                                       **WITH PREJUDICE; ORDER**
         v.
22

23 USCB, INC.,

24               Defendant.

25

26
         Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Laura Paslay, and Defendant, USCB,
27
   Inc., hereby stipulate to the dismissal of the above-styled case be dismissed with prejudice, with
28

                                                   1

each side to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ *Taxiarchis Hatzidimitriadis* | /s/ *Brett B. Goodman* |
| Taxiarchis Hatzidimitriadis | Brett B. Goodman |
| *(Admitted Pro Hac Vice)* | 11440 W. Bernardo Ct., Suite 300 |
| CONSUMER LAW PARTNERS, LLC | San Diego, CA 92127 |
| 333 N. Michigan Ave., Suite 1300 | Telephone: 858-757-7262 |
| Chicago, IL 60601 | Facsimile: 858-757-7270 |
| Telephone: 267-422-1000 | Email: brett@goodmanlawapc.com |
| Facsimile: 267-422-2000 | |
| teddy@consumerlawpartners.com | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**ORDER**

Upon consideration of the parties' Stipulation of Dismissal, it is hereby ORDERED that this matter is dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Date: November 9, 2021

_Kandis Westmore_
_____
Judge Kandis A. Westmore